Paul J. Bauer #202752
WALTER & WILHELM LAW GROUP
A Professional Corporation
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:     (559) 435-9868
E-mail:  pbauer@W2LG.com

Attorneys for Defendant Furniture Deals, Inc.
dba Ramos Furniture

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE and ROSALBA MALDONADO,<br><br>           Plaintiffs,<br><br>      v.<br><br>RAMOS FURNITURE; and DOES 1 - 100, inclusive,<br><br>           Defendants. | CASE NO.  3:15-cv-00845-MEJ<br><br>**DEFENDANT'S NOTICE AND REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER THEREON**<br><br>Date:    June 16, 2015<br>Time:    2:00 p.m.<br>Crtrm.:  15 (San Francisco)<br>Judge:   Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   February 25, 2015 |

COME NOW Defendant, Ramos Furniture, by and through their attorneys of record, Walter & Wilhelm Law Group, request that they be permitted to attend the Case Management Conference scheduled for June 16, 2015 at 2:00 p.m., in Courtroom 15 of the above-entitled Court telephonically through CourtCall.

Dated:  June 9, 2015                                    WALTER & WILHELM LAW GROUP,
                                                                            a Professional Corporation


                                                                            _____
                                                                            Paul J. Bauer,
                                                                            Attorneys for Defendant
                                                                            Furniture Deals, Inc. dba Ramos Furniture

---

1

DEFENDANT'S NOTICE AND REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY
AND ORDER THEREON

## **ORDER**

IT IS HEREBY ORDERED that Defendant's request to attend the Case Management Conference on June 16, 2015 at 2:00 p.m. telephonically through CourtCall is hereby granted.

Dated:  June 10, 2015

_____
Honorable Haywood S. Gilliam, Jr.