1  **WAGNER, JONES, KOPFMAN,**
   **& ARTENIAN LLP**
2  Nicholas J.P. Wagner #109455
   Andrew B. Jones #076915
3  Daniel M. Kopfman #192191
   Lawrence M. Artenian #103367
4  Angela E. Martinez #297169
   1111 E. Herndon, Ste. 317
5  Fresno, CA 93720
   559/449-1800
6  559/449-0749 Fax

7  Attorneys for Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO

8

9              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | MARISOL TOPETE and ROSALBA | Case No.: CV-15-845 HSG |
   | MALDONADO, | |
12 | | |
   | Plaintiffs, | PLAINTIFFS' NOTICE REQUEST |
13 | vs. | TO ATTEND SCHEDULING |
   | | HEARING TELEPHONICALLY |
14 | RAMOS FURNITURE.; and DOES 1-100, | AND ORDER THEREON |
   | inclusive, | |
15 | | DATE: June 16, 2014 |
   | Defendants. | TIME: 2 p.m. |
16 | | CRTRM: 15 |

17

18         COME NOW Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO, by and

19 through their attorneys of record, Wagner, Jones, Kopfman & Artenian LLP, and request that

20 they be permitted to attend the Scheduling Conference scheduled for June 16, 2015 at 2 p.m., in

21 Courtroom 15 of the above-entitled Court telephonically through CourtCall.

22 DATED: June 9, 2015                    WAGNER, JONES, KOPFMAN
                                          & ARTENIAN LLP
23

24
                                          By:_____
25                                             Daniel M. Kopfman
                                               Attorneys for Plaintiffs
26 ///

27 ///

28

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' request to attend the Scheduling Conference on June 16, 2015 at 2 p.m. telephonically through CourtCall is hereby granted.

DATED:  June 10, 2015.

*[signature]*
Honorable Haywood S. Gilliam, Jr.