UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARISOL TOPETE, et al.,

    Plaintiffs,

v.

RAMOS FURNITURE,

    Defendant.

Case No. 15-cv-00845-HSG

**SCHEDULING ORDER**

A case management conference was held on October 13, 2015. Consistent with the Court's order at the case management conference, the following deadlines are set:

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | Dec. 18, 2015 |
| Close of Fact Discovery | Mar. 18, 2016 |
| Disclosure of Expert Witnesses | Mar. 28, 2016 |
| Disclose of Rebuttal Expert Witnesses | Apr. 28, 2016 |
| Class Certification Filing Deadline | April 28, 2016 |
| Close of Expert Discovery | Jun. 30, 2016 |
| Class Certification Hearing Date | Jun. 2, 2016 at 2:00 p.m. |
| Dispositive Motions Filing Deadline | August 4, 2016 |
| Dispositive Motion Hearing Date | September 8, 2016 at 2:00 p.m. |
| Pretrial Conference | November 8, 2016 at 3:00 p.m. |
| Trial | November 28, 2016 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.

    **IT IS SO ORDERED.**

Dated: October 16, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge