**WAGNER, JONES, KOPFMAN,
& ARTENIAN LLP**
Daniel M. Kopfman #192191
Laura E. Brown #306035
1111 E. Herndon Avenue, Suite 317
Fresno, California 93720
Office: (559) 449-1800
Fax:     (559) 449-0749

*Attorneys for* Plaintiffs MARISOL TOPETE and ROSALBA MALDONADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE and ROSALBA MALDONADO,<br><br>             Plaintiffs,<br>     vs.<br><br>RAMOS FURNITURE; **DIMAS MANUEL, INC.; FURNITURE DEALS, INC.;** and DOES 1-100, inclusive,<br><br>             Defendants. | Case No.: 1:16-CV-00271 EPG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES** |

The hearing on Plaintiffs MARISOL TOPETE and ROSALBA MALDONADO's Motion to Compel Further Discovery Responses from Defendant RAMOS FURNITURE in Case No. 16CV00271 was heard regularly on Thursday, May 19, 2017 at 10:00 a.m. before the Honorable Erica P. Grosjean, presiding.

Plaintiffs were represented by Daniel M. Kopfman of WAGNER JONES KOPFMAN & ARTENIAN LLP, 1111 E. Herndon Avenue, Suite 317, Fresno, California 93720. Defendant FURNITURE DEALS, INC. *dba* RAMOS FURNITURE ("RAMOS FURNITURE") was represented by Paul J. Bauer of SAGASER WATKINS & WIELAND PC, 750 N. Palm Avenue, Suite 100, Fresno, California 93711.

Having considered the documents filed and arguments made regarding Plaintiffs' motion, this Court finds good cause to GRANT Plaintiffs' request for an order compelling further discovery responses from RAMOS FURNITURE.

Plaintiffs' motion being GRANTED, Defendant RAMOS FURNITURE is ordered to serve further written responses and to produce responsive documents <u>within 30 days</u> of this order, as follows:

1. In response to **Plaintiffs' Interrogatory No. 1**, Defendant must serve a complete list of all individuals (including names, addresses, and telephone numbers) who worked for Ramos Furniture at any time during the proposed class period of 2011 through 2016, and who were not paid as required by California law;

2. In response to **Plaintiffs' Interrogatory No. 2**, Defendant must serve a complete list of all individuals (including names, addresses, and telephone numbers) employed by Defendant DIMAS MANUEL, INC. at any time during the proposed class period of 2011 through 2016;

3. In response to **Plaintiffs' Request for Production Nos. 73, 74, 77, & 78** regarding the Ramos Furniture store located at 5060 N. Blackstone Avenue, Fresno, California 93710 ("Blackstone" location), Defendant must serve further written responses and produce all documents regarding (i) the number of persons employed at the Blackstone location; (ii) the legal entity or entities who have employed individuals at the Blackstone location; (iii) the time worked by each person employed at the Blackstone location; and (iv) the hours worked and wages paid to each person employed at the Blackstone location.

4. In response to **Plaintiffs' Request for Production Nos. 79, 80, 83, & 84** regarding the Ramos Furniture store located at 4415 W. Shaw Avenue, Fresno, California 93710 ("Shaw" location), Defendant must serve further written responses and produce all documents regarding (i) the number of persons employed at the Shaw location; (ii) the legal entity or entities who have employed individuals at the Shaw location; (iii) the time worked by each person employed at the Shaw location; and (iv) the hours worked and wages paid to each person employed at the Shaw location.

5. In response to **Plaintiffs' Request for Production Nos. 85, 86, 89, & 90** regarding the Ramos Furniture store located at 1610 Howard Road, Madera,

California 93637 ("Madera" location), Defendant must serve further written responses and produce all documents regarding (i) the number of persons employed at the Madera location; (ii) the legal entity or entities who have employed individuals at the Madera location; (iii) the time worked by each person employed at the Madera location; and (iv) the hours worked and wages paid to each person employed at the Madera location.

6. In response to **Plaintiffs' Request for Production Nos. 91, 92, 95, & 96** regarding the Ramos Furniture store located at 384 W. Ashlan Avenue, Clovis, California 93612 ("Clovis" location), Defendant must serve further written responses and produce all documents regarding (i) the number of persons employed at the Clovis location; (ii) the legal entity or entities who have employed individuals at the Clovis location; (iii) the time worked by each person employed at the Clovis location; and (iv) the hours worked and wages paid to each person employed at the Clovis location.

7. In response to **Plaintiffs' Request for Production Nos. 97, 98, 101, & 102** regarding Ramos Furniture stores located throughout the State of California, Defendant must serve further written responses and produce all documents regarding (i) the number of persons employed at such locations; (ii) the legal entity or entities who have employed individuals at such locations; (iii) the time worked by each person employed at such locations; and (iv) the hours worked and wages paid to each person employed at such locations.

8. In response to **Plaintiffs' Request for Production No. 103**, Defendant must serve further written response and produce all documents, electronically stored information, and tangible things that it may use to support any of its claims or defenses.

9. In response to **Plaintiffs' Request for Production No. 104**, Defendant must produce all documents signed by Plaintiff MARISOL TOPETE at any time during her employment with Ramos Furniture.

10. In response to **Plaintiffs' Request for Production No. 106**, Defendant must produce Plaintiff MARISOL TOPETE's personnel file.

11. In response to **Plaintiffs' Request for Production No. 108**, Defendant must serve further written response and produce all documents regarding Plaintiff MARISOL TOPETE's exemption from overtime wages while employed at Ramos Furniture.

///

12. In response to **Plaintiffs' Request for Production No. 110**, Defendant must serve further written response and produce all documents regarding Plaintiff MARISOL TOPETE's employment as an independent contractor while working for Ramos Furniture.

13. In response to **Plaintiffs' Request for Production No. 112**, Defendant must serve further written responses and produce all documents and tangible things supporting each of its affirmative defenses.

14. In response to **Plaintiffs' Request for Production No. 117**, Defendant must serve further written responses and produce all documents and tangible things regarding its communications with any of its employees regarding salary, compensation, or overtime.

15. In response to **Plaintiffs' Request for Production No. bb-110**, Defendant must serve further written responses and produce all documents supporting each of its responses to Plaintiffs' Requests for Admission (Set One).

If Defendant fails to serve the responses and documents as directed within 30 days of this Order, Plaintiffs are granted leave to move for any and all sanctions, under Rule 37 or otherwise, without further order of this Court.

IT IS SO ORDERED.

Dated: **June 6, 2017**   /s/ Eric P. Grosj_____
UNITED STATES MAGISTRATE JUDGE