# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE and ROSALBA MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>RAMOS FURNITURE; FURNITURE DEALS, INC.; DIMAS MANUEL, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:16-cv-00271-EPG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME**<br><br>(ECF No. 137) |

On February 25, 2015, Marisol Topete and Rosalba Maldonado ("Plaintiffs") commenced this class action alleging violations of the Fair Labor Standards Act, California Labor Code, California Industrial Welfare Commission Work Order, and California Business and Professions Code. (ECF No. 1.) On October 13, 2017, Plaintiffs moved for terminating sanction against Furniture Deals, Inc., dba Ramos Furniture. (ECF No. 131). The Court granted Plaintiffs' motion, and directed the parties to appear for a case management conference on January 5, 2018. (ECF No. 134). At the conference, the Court directed Plaintiffs to file a Fed. R. Civ. P. 55 motion for damages by March 16, 2018. Plaintiffs now move for an extension of time to file the Rule 55 motion and to file a Rule 23 motion to dismiss the class claims. (ECF No. 137).

Good cause appearing, the Court deadline for Plaintiffs to move pursuant to Rule 55 and Rule 23 is extended to April 27, 2018.

The Court will not extend this deadline any further.

IT IS SO ORDERED.

Dated: **March 12, 2018**     /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE