UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE and ROSALBA MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>RAMOS FURNITURE; FURNITURE DEALS, INC.; DIMAS MANUEL, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:16-cv-00271-EPG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME**<br><br>(ECF No. 139) |

On January 16, 2018, the Court directed Plaintiffs to file a motion pursuant to Federal Rule of Civil Procedure 55 for damages by March 16, 2018. (ECF No. 136). Thereafter, upon motion by Plaintiffs, the Court extended the deadline to April 27, 2018. (ECF No. 138). The order provided, "the Court will not extend this deadline further."

On April 26, 2018, Plaintiffs filed a second motion for an extension of time, requesting an extension to May 11, 2018, to file a Rule 55 and Rule 23 motion.

The Court will grant Plaintiffs a final two-week extension to file a motion pursuant to Rules 55 and 23.

\\\

\\\

\\\

\\\

1

Failure to file a motion for damages in accordance with this order by the specified deadline may result in dismissal of this action for failure to prosecute and failure to comply with court orders.

IT IS SO ORDERED.

Dated: **May 3, 2018**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE